IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| ANDRE BICKENS, | ) |
| | ) |
| Petitioner, | ) |
| v. | ) Civil Action |
| | ) No. 11-3406-CV-S-RED-H |
| LINDA SANDERS,[1] Warden, United | ) |
| States Medical Center for | ) |
| Federal Prisoners, | ) |
| Respondent. | ) |

## ORDER AND JUDGMENT

Pursuant to the governing law and in accordance with Local Rule 72.1 of the United States District Court for the Western District of Missouri, the petition herein for a writ of habeas corpus was referred to the United States Magistrate for preliminary review under the provisions of 28 U.S.C. § 636(b).

The United States Magistrate has completed his preliminary review of the petition and has submitted to the undersigned a report and recommendation that the petition for writ of habeas corpus be dismissed without prejudice.

Petitioner has filed *pro se* exceptions to the Report and Recommendation of the United States Magistrate Judge in which he reasserts the allegations of his original petition. He contends that the Bureau of Prisons has wrongfully deprived him of jail time credit spent in state custody.

Having fully reviewed the record de novo, this Court agrees with the Magistrate that the petitioner has failed to state a constitutional violation. The Court has carefully reviewed petitioner's contentions, and finds that the record supports the Magistrate's finding that petitioner received

---

[1] The name of the current warden at the Medical Center has been substituted as the proper respondent.

credit towards a state sentence for the time period in question, and that he is not entitled to credit on his federal sentence for that time period. Accordingly, the Court finds that the petition for habeas corpus relief must be dismissed without prejudice.

Based on the file and records in this case, it is concluded that the findings of fact, conclusions of law, and proposed actions of the Magistrate are correct and should be approved. It is therefore

ORDERED that petitioner's exceptions filed herein should be, and they are hereby, overruled. It is further

ORDERED that petitioner should be, and he is hereby, denied leave to proceed in forma pauperis. It is further

ADJUDGED that the petition herein for a writ of habeas corpus should be, and is hereby, dismissed without prejudice.

      /s/ Richard E. Dorr
      RICHARD E. DORR
      United States District Judge

Date:  November 6, 2012